**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MERWIN PARRA PARGAS,

Petitioner,

v.

JEREMY CASEY, et al,

Respondents.

Case No.: 26-cv-6299-BJC-AHG

**ORDER SETTING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND PROHIBITING TRANSFER OF PETITIONER**

On November 4, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court adopts the Standard Procedures setting a briefing schedule for the Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: November 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge